# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 6, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

132406

SHARON M. KURZ,
          Plaintiff-Appellee,

v

DETROIT OSTEOPATHIC HOSPITAL
CORPORATION d/b/a BI-COUNTY
COMMUNITY HOSPITAL, and
JOHN P. LINDENMUTH, D.O.,
          Defendants-Appellants.

SC: 132406
COA: 261441
Macomb CC: 2003-005306-NH

_____/

     On order of the Court, the application for leave to appeal the September 26, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 6, 2007



d0530

Clerk